## UNITED STATES DISTRICT COURT FOR THE
## DISTRICT OF NEW HAMPSHIRE

Derek Baker

    v.                                No. 06-fp-179

U.S. Social Security Administration,
Commissioner

### ORDER GRANTING REQUEST TO
### PROCEED IN FORMA PAUPERIS

Plaintiff's request to proceed in forma pauperis is hereby granted, but only for the purpose of waiving the filing fee.

This case has been assigned civil number 06-cv-179-SM.

**SO ORDERED.**

_____
James R. Muirhead
United States Magistrate Judge

Date: May 15, 2006

cc:  Raymond J. Kelly, Esq.